IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN N. COOK, SR., | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 09-AR-0100-S |
| | } | |
| MERCEDES-BENZ CREDIT | } | |
| CORPORATION, et al., | } | |
| | } | |
| Defendants. | } | |

### ORDER

The court having been informed that the parties in the above-entitled action have reached a settlement, the action is hereby DISMISSED WITH PREJUDICE.  The parties shall have **fourteen (14) days** from the date of this order within which to request the substitution of a modified stipulated final judgment.

The parties shall bear their own respective costs.

DONE this 18th day of May, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE